AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Peter Sbano

SUMMONS IN A CIVIL CASE

04-10473PBS

CASE NUMBER:

TO: (Name and address of Defendant)

Peter Sbano
47 Park Street
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 9 2004

040 10/21

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 31, 2004

I hereby certify and return that on 3/30/2004 at 1:35PM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE STATEMENT & CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of PETER SBANO, , 47 PARK Street Wilmington, MA 01887 and by mailing 1st class to the above address on 3/31/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.30), Postage and Handling ($3.00), Travel ($9.60) Total Charges $45.90

*George A. Hooper*

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                                  Signature of Server

_____
Address of Server



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.