UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| Comcast of Massachusetts I, Inc. ) | Case No.: 04-10473 PBS |
| Plaintiff, ) | ORDER FOR NOTICE OF REQUEST FOR DEFAULT |
| vs. ) | |
| Peter Sbano, ) | |
| Defendant ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this ___5___ day of ___May___, 200_4_.

BY THE COURT

_[signature]_
Deputy Clerk

Page 1