UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 04-10473-PBS

Comcast of Massachusetts I, Inc.,
        Plaintiff,

v.

Peter Sbano,
        Defendant.

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant Peter Sbano to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant Peter Sbano has been defaulted on May 5, 2004.

                                                      Tony Anastas
                                                      Clerk


                                                      By: /s/ Robert C. Alba
                                                        Deputy Clerk

Dated: May 5, 2004


Notice mailed to counsel of record and defendant(s).