UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                 Civil Action
                                                                 No: 04-10473-PBS

Comcast of Massachusetts I, Inc.,
        Plaintiff,

        v.

Peter Sbano,
        Defendant.


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                         May 5, 2004

     On May 5, 2004, a notice of default was issued as to the defendant Peter Sbano pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before June 7, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                                    By the Court,


                                                                   /s/ Robert C. Alba
                                                                  Deputy Clerk