UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                      CIVIL ACTION NO. 04-10473PBS

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS Comcast of Massachusetts I, Inc. has recovered judgment against Peter Shano _____ on the 25th day of June, 2004, for the sum of $ 639.00, debt or damage, pre-judgment interest in the amount of $ 0, and costs of this suit in the amount of $195.90, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 834.90, in the whole, with interest thereon at the rate of 2.16% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at U.S.D.C. District of MA, Boston Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 19 day of July.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st.wpd - 3/7/2005)

Case 1:04-cv-10473-PBS    Document 12    Filed 07/13/2006    Page 2 of 2